74 A.3d 123

**Darrell BETHA, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.**

**No. 96 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 5, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of September, 2013, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The lower court is directed to address Petitioner's pending PCRA petition within 90 days of this order, including determining whether Petitioner is entitled to court-appointed counsel.